I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner ~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 4/29/2015

_Lisa Kernan_
DEPUTY CLERK

JS-6
Entered

**FILED**
CLERK, U.S. DISTRICT COURT
APR 29 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROD ALLEN MORRIS,<br><br>Petitioner,<br><br>vs.<br><br>DAVE DAVEY, Warden,<br><br>Respondent. | Case No. CV 14-6881-PSG (RNB)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: 4/27/16

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE